UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 11464

    JOHN THOMAS MCCORMACK
    DIANA LYNN MCCORMACK                       CHAPTER 13

                                       JUDGE: SUSAN PIERSON SONDERBY
       Debtor
   SSN XXX-XX-6944    SSN XXX-XX-4259

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

    The case was filed on 05/06/2008 and was not confirmed.

    The case was converted to chapter 7 without confirmation 09/16/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ANNIE JOHN MD | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO EMS | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | 16944.43 | .00 | .00 |
| JERROLD SHARPIRO | UNSECURED | NOT FILED | .00 | .00 |
| LINE BARGER GOGGAN | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | 12561.29 | .00 | .00 |
| SWEDISH COVENANT HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 3262.98 | .00 | .00 |
| CARDIOMEDICAL ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO IMAGING | UNSECURED | NOT FILED | .00 | .00 |
| LINCOLN PARK ANAESTHESIA | UNSECURED | NOT FILED | .00 | .00 |
| LINCOLN PARK CARDIO & TH | UNSECURED | NOT FILED | .00 | .00 |
| LOGAN SQUARE MEDICAL GRO | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY | UNSECURED | NOT FILED | .00 | .00 |
| MAYUGA MEDICAL PRACTICE | UNSECURED | NOT FILED | .00 | .00 |
| MIRAMED REVENUE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ST JOSEPH HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SHERIDAN CARDIAC CONSULT | UNSECURED | NOT FILED | .00 | .00 |
| STEWART R MANN | UNSECURED | NOT FILED | .00 | .00 |
| PETER FRANCIS GERACI | DEBTOR ATTY | 1,975.00 | | 1,931.82 |
| TOM VAUGHN | TRUSTEE | | | 149.88 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 2,081.70 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 1,931.82 |
| TRUSTEE COMPENSATION | | 149.88 |

```
DEBTOR REFUND                                                    .00
                               ----------------      ----------------
TOTALS                              2,081.70              2,081.70
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/29/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 08 B 11464 JOHN THOMAS MCCORMACK & DIANA LYNN MCCORMACK